UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DAYTON ANDRE LINDSAY, Petitioner,

v. Civil Action No. 4:26-cv-426-DJH

SAMUEL OLSON, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement et al., Respondents.

* * * * *

**ORDER**

Petitioner Dayton Andre Lindsay filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Docket No. 1) On September 1, 2026, Respondents filed a notice stating that Lindsay had been released from custody. (D.N. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Lindsay's habeas petition (D.N. 1) is **DENIED** as moot. This matter is **CLOSED** and **STRICKEN** from the Court's active docket.

September 2, 2026

**David J. Hale, Chief Judge**
**United States District Court**